**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ROBERT GIBSON**                                                **PLAINTIFF**

**vs.**                         **CIVIL ACTION No.: 3:16-CV-633-HTW-LRA**

**MADISON COUNTY SHERIFF'S OFFICE;**
**SHERIFF RANDY TUCKER; and**
**MADISON COUNTY, MISSISSIPPI.**                        **DEFENDANTS**

## ORDER OF DISMISSAL

On Tuesday, February 20, 2018, at 10:00 a.m. this court held a settlement conference with the parties as a part of its standard pretrial conference. After a fruitful dialog, and with the court's assistance, the parties reached an agreement to settle this matter. All parties having agreed to and announced to the court a settlement of this case, and the court being desirous that this matter be finally closed on its active docket,

IT IS ORDERED that this case is hereby dismissed as to all parties. If any party fails to consummate this settlement by March 21, 2018, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney fees and costs from the date of this order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

The parties shall submit to the Court a final order of dismissal no later than March 21, 2018.

SO ORDERED this the 20th day of February, 2018.

                                              **s/ HENRY T. WINGATE**
                                              **UNITED STATES DISTRICT COURT JUDGE**